IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ DISTRICT 36, et al., Plaintiffs, | : : : : : | CIVIL ACTION |
| v. | : : | |
| SHAMROCKCLEAN INC., Defendant. | : : : | No. 17-5380 |

### ORDER

**AND NOW**, this **26th** day of **February**, **2018**, upon consideration of Plaintiffs' Amended Motion for Default Judgment, and for the reasons stated in the Court's Memorandum dated February 26, 2018, it is hereby **ORDERED** that:

1. The motion (Document No. 10) is **GRANTED.**

2. Judgment is entered in favor of Plaintiffs and against Defendant in the total amount of $3,125.36, as follows:

    a. Damages in the amount of $1,205.36;

    b. Attorney's fees in the amount of $1,000; and

    c. Costs in the amount of $920.

3. Post-judgment interest on the unpaid contributions shall accrue at the rate of 4% until the judgment is satisfied.

4. The Clerk of Court is directed to close this case.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**